**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 68.174.6.155**

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/15/2016 10:43:35 | 68E7E0614D18A0D673F757978926D1A3818F5C23 | Love Her Madly |
| 06/20/2016 16:34:35 | 86C22A745DAF124EEC80D31E24924F38AF32EE7F | Pink Kitty |
| 06/14/2016 02:12:42 | CA8A7D57C926FFB79975F3165437DD66A97AA8F3 | Chloe In Couture |
| 06/07/2016 03:40:48 | DB3613179F09FA1FF8B03D31830956A599073E18 | Good Morning Melissa |
| 06/03/2016 23:12:44 | B9ABEA05DEE2C3015EFFCD7E32E4889B985FEF46 | Night Of Excitement |
| 05/24/2016 14:10:07 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 05/18/2016 10:02:41 | F327E46769D2473C636768B3681C7E5C53104709 | Deep in Love |
| 05/03/2016 01:28:38 | 91159D011C00DF4690D90B32DF33A48A26958CBF | Fine Fingerfucking |
| 04/30/2016 21:13:32 | B8F1BC6E514F5B43A82F2815428B8C1C92B25EF7 | One Day In Paradise |
| 04/17/2016 13:28:58 | 9C9B58CB9168901EA5C6EE048DA70D07598484AC | Nina Needs It Now |
| 04/10/2016 08:41:15 | 35F52EDB7EBB689E1DAC11791F749EB796E8C2E1 | Jillian Multiple Orgasms |
| 04/02/2016 16:46:09 | E026FAB866E734BB8B5741293C7361DADBA6E1FF | Czechmates |
| 03/26/2016 13:09:10 | C052BB21289DC50413842F034AD8DCB018CB28C6 | Four Play |
| 03/25/2016 05:13:08 | 159B23939B5B7376FD919FA797CA76956A6BD3D3 | Susie Forever |
| 03/15/2016 03:27:55 | 5C0C76E6AF67FC455DF1ABE35420E666CE52BC80 | Tantalizing Fox |
| 03/12/2016 04:19:49 | 2587ADED36F945BB6A6E3E270258A878D9750629 | Come Fuck With Me |
| 03/05/2016 19:08:24 | F4B53C7A7CA116FC1208E84ED37D6876EFA8C87C | Twice as Nice |
| 03/03/2016 16:15:57 | 6E9504E873F7BB3FAF523BF8C9A2D99C383B9760 | The Cock Teaser |
| 02/29/2016 23:19:25 | E05E9A17A494CFD383C00FC2880E92A211C38DFF | Two Cocks In Karla |
| 02/22/2016 05:29:45 | A95BB98CE1736FE847A2516B42F0D607294AB703 | Casual Sex |
| 02/19/2016 01:18:27 | A87C5CFBA14FBDFCB647039E089E5333361F389B | Getting Our Pussies Wet For You |
| 02/12/2016 05:13:55 | 719DCAABD5AD3662B2916FCE0B04CD4011536CDA | Loving It Hard And Deep |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/10/2016 01:08:22 | 06899D2565837EDA2CA25D0114F6B99AE041CEF4 | A Beautiful Place |
| 02/06/2016 22:27:02 | 18A8E5FC59FD43C32BC587F85E729D08DE103639 | Luckiest Man Alive |
| 01/30/2016 01:10:19 | 4DE257BA36688AC5151D500A224C0665A61623DD | Four Way In 4K |
| 01/28/2016 19:08:54 | DB1AB10F38D8D31396D6CB7D369696C74CB2DEE3 | Sex At The Office |
| 01/22/2016 04:59:21 | 9AE63D12B1DA60359EBC4CB26179FD9C5A766142 | Sweet Sensations |
| 01/21/2016 16:09:14 | 1C5EAC42D02AB894792CD7DBF7AADDDCC189A83E | Horsing Around |
| 01/15/2016 13:44:33 | CBF91A6EE810397F35F0193557F7BB1C4C20991D | Hot In Here |
| 01/11/2016 09:38:22 | 617C68B4611964282A93E51FC6E9BDCB5CCFA074 | Sexy Summer Camp |
| 01/01/2016 06:55:29 | E1CBF49512216BFD5FDC6159106904B9E24BD6D6 | Inside Caprice |
| 12/26/2015 16:19:22 | 827C23C8B0E3C8C527F42D6D0D70CFBA791A6232 | Xmas Cums Once A Year |
| 12/26/2015 14:12:02 | ECB8AB5D57E4AA13126E07EBC1E90DE6B509FEC4 | Black Widow |
| 12/16/2015 02:55:37 | 167DB87A8643905F8D773E220138523BEFF94029 | A Fucking Picnic |
| 12/12/2015 20:31:38 | FA75957B36CF5744C3C90E6DF2F50A9A84709DAC | Make Me Cum |
| 12/11/2015 11:16:03 | 9C69A5557ECC44F90A0A6AEF8719C143A60C17B0 | Infinite Luvv |
| 12/08/2015 13:06:32 | 75311B45120F9266824D51BA5398D20A00135ABB | Like The First Time |
| 12/06/2015 01:14:17 | 60FE1A9BA982063D6EB9300BAF6EFFAB612D4D4B | Alexis Love Me |
| 12/05/2015 17:54:57 | 84E441EB7F9EEA34B1CD08C515422B3A3575EEF8 | Hot Winter Fox |
| 11/23/2015 14:54:28 | F8CC5290FA0AFD88F9A1B87CB96ED87427CD3548 | Tiny Seductress |
| 11/17/2015 07:54:42 | F7EC32320BAD3B4D5667D7D0E39F55099278A7DA | Rock Me Baby |
| 11/14/2015 15:58:04 | F390E54BFC6A72C89979134E43E81E085AFEBEF2 | Tickle My Pink |
| 11/14/2015 01:54:02 | D1F337EFCAF45E6C8B049AFD54DB0349B20A31E4 | Two Fingers Deep |
| 11/09/2015 22:07:00 | ADF8699CA05F70153052BA9438B5C4A753088591 | Dressed to Thrill |
| 10/27/2015 03:46:15 | 4658C55CBFD2E62B46A057FB5AF23E5D02A0AD4A | Domination Part One |
| 10/22/2015 04:07:35 | 360C3643DCB0C38095189A6163C96B5A97634D97 | Tiffanys Tight Ass |
| 10/19/2015 15:16:03 | 3647CF9BBE214C7967F8368025C7123A37347522 | Four Ways |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/18/2015 23:54:25 | 7A7BEEEC1EB970907AE788FBB399F7AE90B832D3 | Freckle Faced Fox |
| 10/09/2015 08:55:07 | D8137255B132646B3A7983F4E250408C1D993CF5 | Puffy Nipple Lovers |
| 10/03/2015 01:25:48 | C9324CF295CF703A9E51EB7E4441C245BBD33456 | In Love With Little Caprice |
| 09/18/2015 06:27:01 | BA5BCEA2D6F09E1D127BC3BF3C4DDD36C58FD66F | Make Love To Me |
| 08/30/2015 16:51:08 | A051DAD33EBE21C8C24462102353DD7225034D23 | Every Mans Sexy Camping Trip |
| 08/26/2015 18:03:43 | 8FB3F8EDA9E14C06D5F6997EDB09EEE40C25816E | Lisas Playroom |
| 08/19/2015 01:01:43 | 37145BC78BA08C0B7FC984C78B8698A2CC4168B2 | Sex With Glasses |
| 08/17/2015 17:59:04 | 11BBD0678BDD5759E5D8BB9B0CB398ADB9A7D2E2 | The Sleepover |
| 08/17/2015 03:33:49 | 219F3C676427D47A0AFD296992A3DBEBEC81068C | Highrise Rendezvous |
| 08/15/2015 14:10:42 | 770673390F8DE46813C8AA206C2EEBDB5769C70E | Lovers Lane |
| 08/15/2015 03:46:52 | 3C88A989869A00D4F5DAF9EB37C3EA6FEF5E275C | Rub Me The Right Way |
| 08/09/2015 13:42:44 | 599F0B1F72A521799CAFEC897129E4BDFFDE35C8 | A Romp At The Ranch |
| 08/02/2015 22:07:24 | FF24590938426EF194DDA3D24EF4BCF0087F2EC4 | California Surf Fever |

**Total Statutory Claims Against Defendant: 60**