**Copyrights-In-Suit for IP Address 68.174.6.155**

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Love Her Madly | PENDING | 08/13/2016 | 09/13/2016 | 08/15/2016 |
| Pink Kitty | PENDING | 06/16/2016 | 06/30/2016 | 06/20/2016 |
| Chloe In Couture | PENDING | 06/11/2016 | 06/30/2016 | 06/14/2016 |
| Good Morning Melissa | PENDING | 06/04/2016 | 06/08/2016 | 06/07/2016 |
| Night Of Excitement | PENDING | 05/31/2016 | 06/08/2016 | 06/03/2016 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 05/24/2016 |
| Deep in Love | PENDING | 05/13/2016 | 05/24/2016 | 05/18/2016 |
| Fine Fingerfucking | PENDING | 04/30/2016 | 05/24/2016 | 05/03/2016 |
| One Day In Paradise | PENDING | 04/27/2016 | 05/24/2016 | 04/30/2016 |
| Nina Needs It Now | PENDING | 04/12/2016 | 05/24/2016 | 04/17/2016 |
| Jillian Multiple Orgasms | PENDING | 04/06/2016 | 04/13/2016 | 04/10/2016 |
| Czechmates | PENDING | 04/01/2016 | 04/13/2016 | 04/02/2016 |
| Four Play | PENDING | 03/25/2016 | 04/13/2016 | 03/26/2016 |
| Susie Forever | PENDING | 03/23/2016 | 04/13/2016 | 03/25/2016 |
| Tantalizing Fox | PENDING | 03/11/2016 | 04/13/2016 | 03/15/2016 |
| Come Fuck With Me | PENDING | 03/10/2016 | 04/13/2016 | 03/12/2016 |
| Twice as Nice | PENDING | 03/04/2016 | 03/16/2016 | 03/05/2016 |
| The Cock Teaser | PENDING | 02/29/2016 | 03/16/2016 | 03/03/2016 |
| Two Cocks In Karla | PENDING | 02/24/2016 | 03/16/2016 | 02/29/2016 |
| Casual Sex | PA0001820857 | 10/31/2012 | 01/13/2013 | 02/22/2016 |
| Getting Our Pussies Wet For You | PENDING | 02/17/2016 | 03/16/2016 | 02/19/2016 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Loving It Hard And Deep | PENDING | 02/11/2016 | 03/16/2016 | 02/12/2016 |
| A Beautiful Place | PENDING | 02/07/2016 | 02/17/2016 | 02/10/2016 |
| Luckiest Man Alive | PENDING | 02/04/2016 | 02/17/2016 | 02/06/2016 |
| Four Way In 4K | PENDING | 01/28/2016 | 02/17/2016 | 01/30/2016 |
| Sex At The Office | PA0001990003 | 01/07/2016 | 01/18/2016 | 01/28/2016 |
| Sweet Sensations | PENDING | 01/15/2016 | 02/17/2016 | 01/22/2016 |
| Horsing Around | PENDING | 01/18/2016 | 02/17/2016 | 01/21/2016 |
| Hot In Here | PA0001990001 | 01/14/2016 | 01/18/2016 | 01/15/2016 |
| Sexy Summer Camp | PA0001990002 | 01/09/2016 | 01/18/2016 | 01/11/2016 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 01/01/2016 |
| Xmas Cums Once A Year | PA0001987184 | 12/24/2015 | 01/18/2016 | 12/26/2015 |
| Black Widow | PA0001987183 | 12/25/2015 | 01/18/2016 | 12/26/2015 |
| A Fucking Picnic | PA0001970487 | 09/12/2015 | 09/21/2015 | 12/16/2015 |
| Make Me Cum | PENDING | 12/11/2015 | 12/29/2015 | 12/12/2015 |
| Infinite Luvv | PA0001958606 | 08/12/2015 | 08/18/2015 | 12/11/2015 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 12/08/2015 |
| Alexis Love Me | PA0001970460 | 09/10/2015 | 09/21/2015 | 12/06/2015 |
| Hot Winter Fox | PA0001974018 | 12/02/2015 | 01/18/2016 | 12/05/2015 |
| Tiny Seductress | PA0001974011 | 11/20/2015 | 12/07/2015 | 11/23/2015 |
| Rock Me Baby | PA0001907592 | 07/19/2014 | 07/25/2014 | 11/17/2015 |
| Tickle My Pink | PA0001974009 | 11/12/2015 | 12/07/2015 | 11/14/2015 |
| Two Fingers Deep | PA0001974014 | 11/05/2015 | 11/16/2015 | 11/14/2015 |
| Dressed to Thrill | PA0001973995 | 11/08/2015 | 11/16/2015 | 11/09/2015 |
| Domination Part One | PA0001973999 | 10/26/2015 | 11/03/2015 | 10/27/2015 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 10/22/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Four Ways | PA0001914532 | 09/13/2014 | 09/16/2014 | 10/19/2015 |
| Freckle Faced Fox | PA0001970454 | 09/18/2015 | 09/21/2015 | 10/18/2015 |
| Puffy Nipple Lovers | PA0001973341 | 09/28/2015 | 10/05/2015 | 10/09/2015 |
| In Love With Little Caprice | PA0001974993 | 09/30/2015 | 11/03/2015 | 10/03/2015 |
| Make Love To Me | PA0001970495 | 09/16/2015 | 09/21/2015 | 09/18/2015 |
| Every Mans Sexy Camping Trip | PA0001967079 | 08/28/2015 | 09/07/2015 | 08/30/2015 |
| Lisas Playroom | PA0001947091 | 06/13/2015 | 06/16/2015 | 08/26/2015 |
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 08/19/2015 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 08/17/2015 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 08/17/2015 |
| Lovers Lane | PA0001958622 | 08/14/2015 | 08/18/2015 | 08/15/2015 |
| Rub Me The Right Way | PA0001949366 | 06/17/2015 | 07/01/2015 | 08/15/2015 |
| A Romp At The Ranch | PA0001953952 | 07/28/2015 | 07/29/2015 | 08/09/2015 |
| California Surf Fever | PA0001953953 | 07/23/2015 | 07/29/2015 | 08/02/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 60**