**Objection to subpoena requesting disclosure of information through Charter Communications by Malibu Media, LLC v. John Doe, Court Case No. 1:17-cv01076-ALC – May 8, 2017**

To The United States District Court, Southern District of New York, Pro Se Unit:

I received this information from Charter Communications regarding a subpoena they received requesting identifying information based on an Internet Protocol (IP) address. They cannot release information without informing the holder of that IP address and that holder responding.

The holder of that IP address is privately held information, but the users of any IP address, given the use of wired services, Wi-Fi and Bluetooth accessibility is myriad and virtually anonymous with or without any password controls.

Objection to this subpoena is based on the nature of IP addresses and internet signals. In an apartment building in New York City, at any one time, there are over 50 internet protocol (IP) addresses available, sometimes more. While in theory, many of these addresses may be locked or passworded, but passwords are simple, handed out to multiple people and distributed through a wide network. Furthermore, living arrangements with roommates, visitors, visitors to roommates, do not allow any kind of definitive identification through the use of IP addresses.

The request of IP address ownership is unwarranted and should not be granted. There are IP addresses at every subway station and multiple businesses in any given physical geographical area in America. Requesting information, and allowing searches based simply on IP addresses creates extreme burdens on any holder of an IP address without true justification.

All subpoenas granted under these circumstances are exclusively fishing expeditions without warrant or justification. Any subpoena for identification is invasion of individual privacy and an imposition of hardship without basis.
If someone lost $20 on Broadway in New York, should a subpoena be granted to allow searches of any, or all, residences or businesses on Broadway?

**I strongly object to any and all disclosure of any information being produced by any entity either a subpoena or any other legal request.**

RECEIVED
SDNY DOCKET UNIT
2017 MAY 10 PM 3:31

Thank you,

Phillip Wong
250 Ft Wash Ave Apt 4C
New York, NY 100321325

LEVEL PLAYING FIELD (LPFNYC)
250 Ft. Washington Ave.
NYC 10032

NEW YORK
NY 100
08 MAY '17
PM 3 L

FOREVER
F 1706 12242 10 128



RECEIVED
SDNY DOCKET UNIT
2017 MAY 10 PM 3:31

United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

USM P3
SDNY

attn. Pro Se Intake
Unit Rm, 200

10007-133099