UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:17-cv-01076-ALC
                              Plaintiff,                         :
                                                                 :
          vs.                                                    :
                                                                 :
PHILLIP WONG,                                                    :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X
```

## NOTICE OF SERVICE

Plaintiff, Malibu Media, LLC, hereby gives notice regarding service on Defendant, Phillip Wong ("Defendant). Plaintiff was recently notified by its process server that service was completed on January 3rd, 2018 at 1:48 p.m. Upon receipt of the Affidavit of Service from the process server, Plaintiff will immediately file proof of service with the court.

Dated: January 5, 2018.                Respectfully Submitted,

                                 By:   /s/ *Kevin T. Conway*
                                       Kevin T. Conway, Esq. (KC-3347)
                                       664 Chestnut Ridge Road
                                       Spring Valley, New York 10977-6201
                                       T: 845-352-0206
                                       F: 845-352-0481
                                       E-mail: ktcmalibu@gmail.com
                                       *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Kevin T. Conway*
         Kevin T. Conway, Esq.
